AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Sackda Sersap

V.

City of Montgomery, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1025-F

TO: (Name and address of Defendant)

Willie Peak
Mayor's Assistant
103 N. Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Juraldine Battle-Hodge, P.C.
Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                10/28/05

CLERK                                                             DATE

(By) DEPUTY CLERK