RECEIVED
2005 NOV 10 P 4: 45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Sackda Sermsap, | ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: CV-05cv1025-F ) |
| City of Montgomery, et al., | ) ) |
| Defendants. | ) |

### MOTION FOR LEAVE TO AMEND COMPLAINT

**COMES NOW** the Plaintiff, Sackda Sermsap and moves this Court for leave to amend the Complaint. As grounds for said motion, Plaintiff represents unto this Court as follows:

1. That Plaintiff, Sackda Sermsap, filed his initial Complaint on October 25, 2005.

2. That the Amended Complaint will not cause undue prejudice or delay in the proceedings.

3. That there is no Answer or Uniform Scheduling Order in this case as of yet, thus, the last day with which to amend this Complaint has not been set.

Respectfully submitted this the 10th day of November 2005.

_____
Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff

Law Offices of Juraldine Battle-Hodge, P.C.
Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone:   (334) 262-1177
Facsimile:    (334) 263-5569

## CERTIFICATE OF SERVICE

    I, hereby certify that, on the 10th day of November 2005, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Wesley Romine, Esq.
Morrow, Romine & Pearson
P.O. Box 4804
122 South Hull Street
Montgomery, AL 36103-4804

Kim Fehl, Esq.
City of Montgomery
Legal Division
103 N. Perry Street
Montgomery, AL 36104

_____
OF COUNSEL