IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SACKDA SERMSAP, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1025-F |
| | ) |
| CITY OF MONTGOMERY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to Amend Complaint (Doc. #5) filed on November 10, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 15th day of November, 2005.

                                                  /s/  Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE