**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **SACKDA SERMSAP,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1025-F |
| | ) |
| | ) |
| **CITY OF MONTGOMERY, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**REPORT OF PARTIES' PLANNING MEETING**

    1.    Pursuant to Fed.R.Civ.P. 26(f), the following attorneys on behalf of the parties conferred to develop a proposed discovery plan in the above styled cause.

        Juraldine Battle-Hodge for the Plaintiff.

        Kim Fehl for the Defendants.

    2.    Pre-Discovery Disclosures: The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within twenty-one (21) days of the court's Scheduling Conference Order.

    3.    Discovery Plan: The parties jointly propose to the Court the following discovery plan:

        Discovery will be needed from allegations in Plaintiff's complaint on questions of liability, affirmative defenses, and Plaintiff's damages claim.

        All discovery commenced in time to be complete one week prior to the pretrial conference.

        Maximum of 30 interrogatories by each party. [Responses due 30 days after service.]

        Maximum of 30 requests for admissions by each party to any other party. [Responses due 30 days after service.]

        Maximum of 30 requests for production by each party to any other party. [Responses due 30 days

after service.]

Maximum of 10 depositions by each party for each party directed toward any other party with a maximum of 7 hours per deposition, unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due from Plaintiff by May 21, 2006 and from Defendant by June 4, 2006.

Supplementation under Rule 26(e) due within fourteen (14) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional or corrective information has not otherwise been made known to the other parties in the discovery process or in writing.

4. Other items.

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a pretrial conference on July 20, 2006.

Plaintiff should be allowed until February 21, 2006 to join additional parties and to amend the pleadings.

Defendants should be allowed until March 21, 2006 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by April 21, 2006.

Settlement and the possibility of mediation cannot be evaluated prior to discovery.

Final lists of witnesses under Rule 26(a)(3) should be due from Plaintiff by three weeks before the pretrial and from the Defendants two weeks before the pretrial conference.

Final lists of exhibits under Rule 26(a)(3) should be due from Plaintiff by three weeks before the pretrial and from the Defendants two weeks before the pretrial conference.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by August 21, 2006 and is expected to take three days.

/s/ Juraldine Battle-Hodge
Juraldine Battle-Hodge
Attorney for Plaintiff

Hon. Juraldine Battle-Hodge
207 Montgomery St, Suite 215
Montgomery, Alabama 36104

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)
Attorney for the Defendants

OF COUNSEL:
Legal Department
City of Montgomery
P. O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
FAX: (334) 241-2310