RECEIVED

IN THE UNITED STATES DISTRICT COURT JAN 13 P 1:22
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Sackda Sermsap, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: 2:05cv1025.WKW |
| v. | ) |
| City of Montgomery, et al., | ) |
| Defendants. | ) |

## PLAINTIFF'S OBJECTION TO DEADLINES

**COMES NOW** the Plaintiff, Sackda Sermsap, and specifically objects to the trial date set for the above-mentioned cause. As grounds for said objection, Plaintiff represents unto this Court as follows:

1. That on January 4, 2006, this Honorable Court issued its Uniform Scheduling Order (See Attachment "A");

2. That Section 15 provides that, "if any party has an objection to these deadlines, the party should inform the Court within **14** days from the date of this Order...;"

3. That Section 1 provides that, "the trial of this case is set for the term commencing on **November 6, 2006**, before the presiding judge. This case will be tried in Montgomery, Alabama;

4. That the undersigned is also the attorney of record for *Thomas v. R.*

*James Nicholson, et al.:* Case No. 2:05cv437-T;

5. That on September 2, 2005, this Honorable Court issued its Uniform Scheduling Order for *Thomas v. R. James Nicholson, et al.:* Case No. 2:05cv437-T. (See Attachment "B");

6. That Section 1 of *Thomas v. R. James Nicholson, et al.:* Case No. 2:05cv437-T provides that, "the trial of this case is set for the term commencing on **November 6, 2006**, before the presiding judge. This case will be tried in Montgomery, Alabama;

7. That as a result, the undersigned has a conflict with the trial date currently set by this Honorable Court, and

8. That the undersigned requests that the current trial date be moved to the next available trial term after November 6, 2006.

Respectfully submitted this the 13th day of January 2006.

```
_____
Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff
```

Law Offices of Juraldine Battle-Hodge, P.C.
Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone:  (334) 262-1177
Facsimile:   (334) 263-5569

## CERTIFICATE OF SERVICE

I, hereby certify that, on the 13th day of January 2006, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Wesley Romine, Esq.
Morrow, Romine & Pearson
P.O. Box 4804
122 South Hull Street
Montgomery, AL 36103-4804

Kim Fehl, Esq.
City of Montgomery
Legal Division
103 N. Perry Street
Montgomery, AL 36104

_____
OF COUNSEL