IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SACKDA SERMSAP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-1025-WKW |
| ) | |
| CITY OF MONTGOMERY, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of the Plaintiff's Objection to Deadlines (Doc. # 14), filed on January 13, 2006, the request for a new trial date is hereby DENIED.

The alleged conflicting case is a non-jury matter which will be called for trial on November 6, 2006, but will be tried on a date certain after due consideration of all the cases set for that term.

DONE this the 27th day of January, 2006.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE