IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SACKDA SERMSAP, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1025-KW |
| CITY OF MONTGOMERY, et al., | ) |
| Defendants. | ) |

### AFFIDAVIT OF WILLIAM T. MANASCO

Before me, the undersigned authority, personally appeared William T. Manasco, who is known to me and who, being first duly sworn, deposes on oath, and says as follows:

My name is William T. Manasco. I am a white male over nineteen years of age. I was employed with the City of Montgomery as City Engineer from April 1997 through April 2005. As City Engineer, I supervised the Landfill after the Director of Technical Services retired. It is with present knowledge and in that capacity that I state the following:

I submitted a request to fill the position of Master Auto Mechanic in October, 2004. At the time that the position was originally posted and closed, the only name on the list was Kenneth Braswell. I requested that the position be re-advertised. In or around the end of January or February 2005, I was notified of the list from the City-County of Montgomery Personnel Department of top five qualified applicants. The names on the list were Solomon Billups, Kenneth Braswell, Sackda Sermsap, Johnnie L. Shaner, Jr. and Warren B. Thomas. Of the individuals certified as qualified, Sackda Sermsap and Johnnie L. Shaner, Jr. were the only applicants employed with the City of Montgomery. Mr. Thomas did not respond to our request for an interview and Mr. Braswell declined to be interviewed.

The remaining three qualified applicants were interviewed by me; Willie Peak, the Mayor's assistant that had acted as Superintendent temporarily at the Landfill; and David Hatcher, Assistant Solid Waste Superintendent. We asked all three applicants the same nine questions. I have attached to my Affidavit memos to the file dated March 16 and April 8, 2005 regarding the questions asked at the interviews and reason that Billups was selected. Mr. Billups was selected because


DEFENDANT'S EXHIBIT 1

his responses specifically to question 6 regarding time required to remove and replace a track from a D-8 dozier; question 7 regarding ability to diagnose, take down and repair an engine and question 8 regarding the length of time to tear down and repair a D-8 engine indicated that his knowledge and experience in diesel repair were somewhat better than Mr. Sermsap or Mr. Shaner. Mr. Sermsap's and Mr. Shaner's performance and work history with the City was also considered. Mr. Sermsap's personnel record indicated his merit increase had been delayed in the past due to poor work performance, and specifically addressed among other things, excessive time to repair equipment, handling responsibilities and ability to prioritize his work.

We hired black male, Solomon Billups, however race or national origin were never discussed or a consideration in determining who should fill the position. We unanimously agreed on our selection of Mr. Billups for the reasons set out above.

I have read the above and foregoing affidavit consisting of two (2) pages and state that it is true and correct to my present knowledge and information.

_____
William T. Manasco
Affiant

**SWORN TO AND SUBSCRIBED** before me this 23 day of June, 2006.

_____
Notary Public

(SEAL)

My Commission Expires 10/16/09

# MEMORANDUM

TO:     File

FROM:   Bill Manasco, P.E.   *WTM*
        City Engineer

DATE:   March 16, 2005

RE:     Interviews for Master Auto Mechanic


On Tuesday, March 15, 2005, interviews were held to fill the position of Master Auto Mechanic at the Landfill. The eligible persons were certified in alphabetical order as follows:

   Solomon E. Billups
   Kenneth W. Braswell
   Sacka Sermsap
   Johnnie L. Shaner, Jr.
   Warren B. Thomas

Mr. Thomas did not respond and Mr. Braswell declined.

The applicants were interviewed by Messrs. Willie Peak, David Hatcher, and Bill Manasco. Each applicant was asked the following questions or requests for information:

1. Provide history of work pertaining to this position.
2. What supervisory positions have you held?
3. How well can you work with fellow employees?
4. Why do you think you can be a leader?
5. Do you think you can assign jobs and assure that they are completed in a timely manner?
6. How much time would be required to remove and replace a track from a D-8 dozier?
7. Can you diagnose, take down, and repair an engine?
8. How long would it take to tear down and repair a D-8 engine?
9. Does the garage limit your work?

Based on the applicants' comments, Mr. Billups was unanimously selected for the position.

WTM/lp

# MEMORANDUM

TO: File

FROM: Bill Manasco, P.E.
City Engineer

DATE: April 8, 2005

RE: Interviews for Master Auto Mechanic

Mr. Billups answers to Questions 1, 2, 4, 6, 7, and 8 indicated that his knowledge and experience in diesel repair and maintenance is somewhat better than that of Messrs. Sermsap and Shaner. For example, his answers to questions 6, 7, and 8 indicated that he had more experience in these areas than Messrs. Sermsap or Shaner. In addition, Mr. Sermsap has been counseled in the past about supervising the maintenance of equipment on more than one occasion. Equipment was sent out of the shop with fluid levels below factory requirements. Mr. Shaner has no supervisory experience and has been counseled about his responsibilities regarding locking and unlocking the Shop during Mr. Sermsap's absence.

WTM/lp