EEOC FORM 131 (5/01)      **U. S. Equal Employment Opportunity Commission**

| | |
|---|---|
| CITY MONTGOMERY<br>103 N Perry Street<br>Montgomery, AL 36104 | PERSON FILING CHARGE<br><br>**Sackda Sermsap**<br><br>THIS PERSON (check one or both)<br>☐ Claims To Be Aggrieved<br>☐ Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>**130-2005-04090** |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

☒ Title VII of the Civil Rights Act                ☐ The Americans with Disabilities Act

☐ The Age Discrimination in Employment Act        ☐ The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. ☐ No action is required by you at this time.

2. ☐ Please call the EEOC Representative listed below concerning the further handling of this charge.

3. ☒ Please provide by **06-JUN-05** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. ☐ Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. ☒ EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **19-MAY-05** to **Debra B. Leo, ADR Coordinator, at (205) 212-2033**
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Donald P. Burris,          Birmingham District Office
Deputy Director            Ridge Park Place
EEOC Representative        1130 22nd Street, South
Telephone: **(205) 212-2146**   Birmingham, AL 35205

Enclosure(s): ☒ Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☐ AGE  ☐ DISABILITY  ☐ RETALIATION  ☐ OTHER

See enclosed copy of charge of discrimination and copy of amended charge received 05/04/05.

DEFENDANT'S EXHIBIT 3

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| May 05, 2005 | Bernice Williams-Kimbrough,<br>District Director | |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>130-2005-04090 and EEOC |
|---|---|---|

_____ State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Sackda Sermsap | Home Phone No. (Incl Area Code)<br>(334) 207-0584 | Date of Birth<br>05-05-1953 |
|---|---|---|

Street Address: 7970 Co. Rd. 30    City, State and ZIP Code: Shorter, AL 36075

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>CITY OF MONTGOMERY | No. Employees, Members<br>over 15 | Phone No. (Include Area Code)<br>(334) 241-2050 |
|---|---|---|

Street Address: 103 N Perry Street, Montgomery, AL 36104

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-20-2005    Latest: 04-20-2005
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above-named Respondent on October 15, 1985 as a Mechanic. Since April 15, 2002, I have been Acting Master Mechanic. In January 2005, Respondent opened the Master Mechanic position for applicants, and I applied. On or around April 20, 2005, I learned that an outside applicant had been selected.

I believe that I was not selected because of my race, Asian, in violation of Title VII of the Civil Rights Act of 1964, as amended.

APR 26 2005

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Apr 26, 2005
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 130-2005-04090 |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms, Mrs.)<br>Mr. Sackda Sermsap | HOME TELEPHONE (Include Area Code)<br>334-207-0584 |
|---|---|
| STREET ADDRESS   CITY, STATE AND ZIP CODE<br>7970 Co. Road 30, Shorter, Alabama | DATE OF BIRTH<br>05-15-53 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>City of Montgomery | NUMBER OF EMPLOYEES, MEMBERS<br>over 15 | TELEPHONE (Include Area Code)<br>334-241-2050 |
|---|---|---|
| STREET ADDRESS  CITY, STATE AND ZIP CODE<br>103 N. Perry Street, Montgomery, AL 36104 | | COUNTY |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| STREET ADDRESS  CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es))<br>☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | DATE OF DISCRIMINATION TOOK PLACE<br>EARLIEST   LATEST<br>4-20-05    04-20-05<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attach extra sheet (s):

I was hired by the above-named Respondent on October 15, 1985 as a Mechanic. Since April 15, 2002, I have been Acting Master Mechanic. In January 2005, Respondent opened the Master Mechanic position for applicants, and I applied. On or around April 20, 2005, I learned that an outside applicant had been selected.

I believe that I was not selected because of my race, Asian, in violation of Title VII of the Civil Rights Act 1964, as amended.

RECEIVED
EEOC
MAY 4 - 2005
BIRMINGHAM DISTRICT OFFICE

| ☐ I want this charge filed with both the EEOC and the State or local Agency, it any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear of affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty or perjury that the foregoing is true and correct<br><br>Date 5-2-05   Charging Party<br>(Signature) | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Month, day and year) 9/19/07 |

EEOC FORM 5 (Rev. 07/99)