IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SACKDA SERMSAP,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1025-KW |
| | ) |
| | ) |
| **CITY OF MONTGOMERY, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## MOTION FOR SUMMARY JUDGMENT

     Pursuant to Rule 56, FRCP, Defendants move the Court for summary judgment dismissing all claims on the grounds that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law. In support of said Motion, Defendant relies on the pleadings and affidavits of William Manasco and Barbara Montoya and Memorandum of Law and evidentiary submissions in the following:

1. *PL 1,* Complaint

2. *PL 2,* Amended Complaint

3. *PL 3*, Answer of Defendants to Complaint

4. *PL 4,* Answer of Defendants to Amended Complaint

5. *DX 1,* Affidavit of William Manasco

6. *DX 2,* Affidavit of Barbara Montoya

7. *DX 3,* EEOC Charge of Discrimination

8. *DX 4,* Notice of Rights to Sue Letter

9.   Memorandum of Law in Support of Summary Judgment;

Defendant submits that Plaintiff has failed to present substantial evidence from which fair-minded persons could reasonably infer the existence of facts necessary to prove Plaintiff's case and summary judgment is due to be granted.

Submitted this the 23rd day of June, 2006.

/s/Kimberly O. Fehl
Kimberly O. Fehl (FEH001)
Attorney for Defendants

OF COUNSEL:
City of Montgomery
Legal Division
Post Office Box 1111
Montgomery, AL  36101-1111
334.241.2050
FAX 334.241.2310

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing *Motion for Summary Judgment* to the following by electronic mail or placing a copy of same in the United States Mail, postage prepaid, this 23rd day of June, 2006:

Honorable Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104

/s/ Kimberly O. Fehl
Of Counsel