**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 23, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Sermsap v. City of Montgomery et al**
**Case Number:   2:05-cv-01025-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 16   filed on    June 23, 2006.**