IN THE UNITED STATES DISTRICT COURT ~~RECEIVED~~
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JUL 19 P 12: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SACKDA SERMSAP,            )
                          )
        Plaintiff,         )
                          )
v.                         )      CASE NO. 2:05-cv-1025-WKW
                          )
CITY OF MONTGOMERY, *et al.,* )
                          )
        Defendants.        )

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
## FOR SUMMARY JUDGMENT

**COMES NOW** Sackda Sermsap in the above styled cause and moves this Honorable Court to deny Defendants' Motion for Summary Judgment.  As grounds therefore, the Plaintiff avers that there is a genuine issue of material fact to be submitted to a jury of Plaintiff's peers, and the Defendants are not due judgment as a matter of law, as to any claims made by the Plaintiff.  In support of their response, Plaintiff relies on the following:

A.     All Exhibits, attached to this motion and denoted as follows:

Exhibit "1"    Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment.

Exhibit "2"    Affidavit of Sackda Sermsap

Exhibit "3"    Exhibit "F"    Excerpts from City/County Personnel Board Rules and Regulations

**WHEREFORE, THE PREMISIES CONSIDERED,** Plaintiff respectfully requests that this Honorable Court deny Defendants' Motion for Summary

Judgment, and allow this cause to move forward and be heard by a jury of Plaintiffs' peers.

Respectfully submitted this the 19th day of July 2006.

_____
JURALDINE BATTLE-HODGE (BAT033)
Attorney for Plaintiff

LAW OFFICES OF JURALDINE BATTLE-HODGE
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone: (334) 262-1177
Facsimile: (334) 263-5569

### CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July 2006, I filed foregoing document and the following counsel of record will receive Efile notice and by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Hon. Kim Fehl
City of Montgomery
Legal Division
Post Office Box 1111
Montgomery, AL 36101-1111

_____
Of Counsel