# EXHIBIT "2"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SACKDA SERMSAP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:05-cv-1025-WKW |
| CITY OF MONTGOMERY, *et al.*, | ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF SACKDA SERMSAP

Before me, the undersigned authority in and for said county and state personally appeared Sackda Sermsap who is known to me and being duly sworn, deposes and says under oath as follows:

1. My name is Sackda Sermsap. I am over the age of nineteen and I have personal knowledge of the matter set forth herein.

2. I am the Plaintiff in the above styled case.

3. My address is 7970 County Road 30, Shorter, AL 36075

4. I was employed by the City of Montgomery on or about October 25, 1985.

5. I was acting Master Mechanic form approximately April 15, 2002 to January 2005.

6. As acting Master Mechanic, I was charged with ordering all parts; scheduling all maintenance; making all decisions with regard to maintenance making daily reports for all vehicles and preparing job status reports and preparing work order forms.

7. I have personal knowledge that the Defendants placed George Lockett in an acting position – Assistant Solid Waste Superintendent – for a period of sixteen (16) months and ultimately filled the position with another individual.

8. I am personally aware that when the Defendants were challenged about placing Mr. Lockett in the position and then wrongfully denying him this position, the Defendants used the same excuse that it used for me – that he was not the acting Assistant Solid Waste Supervisor, because they did not follow their own policy when they made Mr. Lockett the acting Assistant Supervisor.

Further saith not.

Dated this the 18 day of July 2006

_____
SACKDA SERMSAP

STATE OF ALABAMA
COUNTY OF MONTGOMERY

On this the 18TH day of July 2006, before me, the undersigned Notary Public, in and for said State and County, personally appeared, Sackda Sermsap who is known to me, and states that the foregoing information is true and correct to the best of his information, belief and knowledge, and that he executed same voluntarily on the day the same bears date.

_____
NOTARY PUBLIC

3/26/08
My Commission Expires