# EXHIBIT "3"

# CITY AND COUNTY OF MONTGOMERY

# PERSONNEL BOARD

# RULES AND REGULATIONS

ALABAMA LAW PROVIDES THAT THESE RULES AND REGULATIONS HAVE THE FORCE AND EFFECT OF LAW.

AN EQUAL OPPORTUNITY EMPLOYER

As Revised March 1988 and Including all Board Amendments through September 24, 2002.

W:\share\patsy\RULES & REGULATIONS\rule change 9 24 02\Rule Book 9 24 02.wpd

Case 2:05-cv-01025-WKW-VPM   Document 21-4   Filed 07/19/2006   Page 3 of 3
Rule VII, Sections 7, 8, 9, and 10                                                               23
Case 2:04-cv-01214-MEF-VPM   Document 18-10   Filed 12/14/2005   Page 3 of 3

Section 7:    Temporary Appointments

In absence of appropriate employment lists, appointing authorities may make a temporary appointment of a person who is approved by the Personnel Director as being qualified to perform the work of the class. An employment list shall be established for such position within ninety (90) days. Temporary appointments shall be terminated at the end of ninety (90) days or at such time as an appointment can be made from an eligible register, whichever occurs first. No person shall receive more than one temporary appointment, in any one fiscal year. No credit shall be allowed in the giving of any examination or the establishment of any employment or promotional lists for service rendered under temporary appointment. Temporary employees cannot be promoted or upgraded.

Section 8:    Transfers

A position may be filled by transferring an employee from one position of the same class or similar class with essentially the same basic qualifications and the same maximum salary limit. Transfers between departments must be approved by both appointing authorities and the Personnel Director.

Section 9:    Emergency Appointments

To meet emergency conditions and take care of extra work loads, appointing authorities may appoint persons to take care of the situation, but no such appointments may exceed thirty (30) working days in any fiscal year.

Section 10:   Probationary Period

Except as otherwise provided herein, all original and promotional appointments are for a probationary period of six (6) months, which period may not be extended beyond six (6) months. Laborers, Recreation Aides and Library Pages have a probationary period of two (2) months. Police Officers have a probationary period of twelve (12) months. Such probationary period should be regarded as an integral part of the examination process and used for closely observing the employee's work, for securing the most effective adjustment of the new employee to the position, and for rejecting any employee whose performance does not meet required work standards. At any time during the probationary period, an appointing authority may reject the probationary employee, provided notification is given the employee and the Personnel Director of the reason for removal. *If an employee promoted to a higher class is found unsuited for the work of the class to which promoted, the employee shall be reinstated to the previous position.

* Revised 8/28/01